

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Glen D. Aaron, II,

\* From the 118th District Court
of Glasscock County,
Trial Court No. DC-2137-CV.

No. 11-22-00299-CV

\* June 6, 2024

Flatland Mineral Fund LP; Flatland
Sidecar, LLC; Flatland GP, LLC;
Charles Dane Hardy; Congress Energy
Ventures LLC; Broadmoor Land and
Minerals, LLC; Todd Wallerstein;
Blake A. Berns; and Deer Ridge
Resources, LLC,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.